**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

FILED
APR 28 2014
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| SPACE EXPLORATION<br>TECHNOLOGIES CORP.,<br><br>     Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>     Defendant. | Civil Action No.<br><br>Judge: 14-354C |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel for Space Exploration Technologies Corp. ("SpaceX") in the above-captioned action certifies that SpaceX has no parent corporation, and that no publicly held corporation owns ten percent or more of its stock.

DATED: April 28, 2014

                              Respectfully submitted,

                              */s/ Richard J. Vacura*

                              Richard J. Vacura
                              MORRISON & FOERSTER LLP
                              1650 Tysons Blvd., Suite 400
                              McLean, VA 22102
                              (703) 760-7764
                              (703) 760-7777 (fax)
                              rvacura@mofo.com

                              *Counsel of Record for Plaintiff Space Exploration Technologies Corp.*

Of Counsel:

Pablo A. Nichols
MORRISON & FOERSTER LLP
425 Market St.,
San Francisco, CA 94105-2482
(415) 268-6653
pnichols@mofo.com

K. Alyse Latour
Catherine L. Chapple
MORRISON & FOERSTER LLP
1650 Tysons Blvd., Suite 400
McLean, VA 22102
(703) 760-7763
klatour@mofo.com
cchapple@mofo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Rule 7.1 Disclosure Statement was served this 28th day of April 2014, by electronic mail, on the following:

U.S. Department of Justice, nationalcourts.bidprotest@usdoj.gov

Timothy McIlmail, timothy.mcilmail@usdoj.gov

Lt. Gen. Ellen M. Pawlikowski, ellen.pawlikowski@us.af.mil

Tracy E. Stroud, Contracting Officer, tracy.stroud.ctr@losangeles.af.mil

United Launch Alliance, contact.us@ulalaunch.com

/s/ Pablo A. Nichols
Pablo A. Nichols