**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| Space Exploration Technologies Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States,<br><br>　　　　Defendant. | No.  14-354C<br><br>(Judge Braden) |

**UNITED LAUNCH SERVICES, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims ("RCFC"), United Launch Services, LLC makes the following disclosures:

1.  United Launch Services, LLC is a majority owned subsidiary of United Launch Alliance, LLC.  Lockheed Martin Corporation, a publicly traded company, and The Boeing Company, a publicly traded company, each own 5% of United Launch Services, LLC.

2.  United Launch Alliance, LLC is owned by Lockheed Martin Corporation and The Boeing Company.

3.  Neither Lockheed Martin Corporation nor The Boeing Company has a parent company and no publicly traded company owns more than 10 percent of the stock of either Lockheed Martin Corporation or The Boeing Company.

                                                        Respectfully submitted,

OF COUNSEL:

Thomas A. Lemmer  
Steven M. Masiello  
Phillip R. Seckman  
Joseph G. Martinez  
McKENNA LONG & ALDRIDGE LLP  
1400 Wewatta Street, Suite 700  
Denver, Colorado  80202-5556  
(303) 634-4000  
(303) 634-4400 (facsimile)

J. Hunter Bennett  
McKENNA LONG & ALDRIDGE LLP  
1900 K Street NW  
Washington, DC 20006  
(202) 496-7126  
(202) 496-7756 (facsimile)

Dated:  April 30, 2014

                                                  s/ Jason A. Carey  
                                                  Jason A. Carey  
McKENNA LONG & ALDRIDGE LLP  
1900 K Street NW  
Washington, DC 20006  
(202) 496-7711  
(202) 496-7756 (facsimile)  
jcarey@mckennalong.com

*Counsel of Record for*  
*United Launch Services, LLC*