# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| Space Exploration Technologies Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States,<br><br>　　　　Defendant,<br><br>and<br><br>United Launch Services, LLC,<br><br>　　　　Defendant-Intervenor. | No. 14-354C<br><br>(Judge Braden) |

**INTERVENOR'S RESPONSE TO DEFENDANT'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION, AND REQUEST FOR EXPEDITED CONSIDERATION**

United Launch Services, LLC joins in the motion filed by the United States, and respectfully requests that the Court expeditiously dissolve the April 30, 2014 preliminary injunction.

Respectfully submitted,

OF COUNSEL:

Steven M. Masiello
Phillip R. Seckman
Joseph G. Martinez
McKENNA LONG & ALDRIDGE LLP
1400 Wewatta Street, Suite 700
Denver, Colorado  80202

J. Hunter Bennett
McKENNA LONG & ALDRIDGE LLP
1900 K Street NW
Washington, DC 20006

s/Jason A. Carey_____
Jason A. Carey
McKENNA LONG & ALDRIDGE LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7711
(202) 496-7756 (facsimile)
jcarey@mckennalong.com

*Attorney of Record for*
*United Launch Services, LLC*

Dated:  May 6, 2014